UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/14
```

DWAYNE NORMAN,

      Plaintiff,

v.

TECH SQUARED DENTAL STUDIOS, LLC,
JEFFREY R. SHAPIRO, DDS, PC,
JEFFREY SHAPIRO, an individual, and
MARTIN C PRAGER, an individual,

      Defendants.

Case No. 1:13-cv-4651-RMB

**MEMO ENDORSED**
p. 2

MOTION TO WITHDRAW
AND
MOTION TO FILE SUPPORTING MATERIALS UNDER SEAL

    Pursuant to Local Rule 1.4, the undersigned counsel respectfully moves this Court for permission to withdraw as counsel in this case, and for permission to file under seal submissions to chambers in support of this position, in order that any prejudice to his case be minimized while providing the Court further information upon which to base its decision. (The LR 1.4 Committee Note says in part that "This [Rule] is not meant to preclude the Court from permitting the reasons for withdrawal to be stated *in camera* and under seal in an appropriate case.")

    Pursuant to the service requirements of Rule 1.4, this application (only) will be served upon opposing counsel via ECF; once the procedural aspects surrounding the submissions in support are decided, both this application and the submissions in support will be served on the plaintiff at his last known mailing address. Should the Court require disclosure of the supporting submissions to opposing counsel we will abide by such requirement, but we do ask that even in that circumstance they be kept under seal and not made part of the public record.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.SunnySideLaw.com

Respectfully submitted, this **31st** day of **March, 2014.**

ANDERSONDODSON, P.C.

*[signature]*

**Penn U. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiff

11 Broadway
Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax

> We can discuss at
> 4/24/14 conference.
>
> SO ORDERED:
> Date: 4/2/14      *[signature]*
> Richard M. Berman, U.S.D.J

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.SunnySideLaw.com

*Norman v. Tech Squared et al*
Case no. 1:13-CV-4651-RMB (SDNY)

Motn to Wdraw
Page 2